THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARY C. JOHNSON, as Executrix of JOSEPH S. MEAD, Deceased, Appellant, *v.* CLARENCE W. SMITH, as Mayor of the City of Johnstown, et al., Respondents.

*People ex rel. Johnson* v. *Smith,* 171 App. Div. ——, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 6, 1915, which affirmed an order of Special Term dismissing a writ of certiorari and confirming assessments against the estate of Joseph S. Mead, deceased, for the purpose of taxation.

*Fred Linus Carroll* for appellant.

*Edwin Baylies* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.